## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
       **Plaintiff,**

  **v.**                                             **Case No. 09-CR-58**

**JAMES BROWN**
       **Defendant.**

### ORDER

**IT IS ORDERED** that the **SENTENCING** scheduled for **Friday, September 17, 2010, at 4:30 p.m.** is adjourned and will be re-set at a later date.

Dated at Milwaukee, Wisconsin, this 16th day of September, 2010.

                                        /s Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge